# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD ANDERSON, | Civil No. 09-1912 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| CITY OF HOPKINS, et al., | |
| Defendants. | |

Gregory Bachmeier, **BACHMEIER LAW OFFICE**, 6445 Sycamore Court North, Suite #102, Maple Grove, MN 55369; Phillip Fishman, **FISHMAN BINSFIELD & BACHMEIER, PA**, 8011 34th Avenue South, Suite #245, Bloomington, MN 55425, for plaintiff.

Andrea Wing, Jason Hiveley, and Jon Iverson, **IVERSON REUVERS, LLC,** 9321 Ensign Avenue South, Bloomington, Mn 55438, for defendants.

This matter is before the Court on the stipulation of partial dismissal filed on April 21, 2010 [Docket No. 9].

**IT IS HEREBY ORDERED** that the parties agree and Plaintiff elects to dismiss the allegation he suffered emotional distress as a result of the incident at issue in the above-entitled action and the same hereby is dismissed with prejudice and on its merits without costs or disbursements to any party.

**IT IS FURTHER ORDERED** that without further notice, a Judgment of Partial Dismissal with Prejudice and upon the merits of Plaintiff's allegation he suffered emotional distress may be entered herein without costs or disbursements to any of the parties.

DATED:  April 28, 2010             s/ John R. Tunheim
at Minneapolis, Minnesota.         JOHN R. TUNHEIM
                                                   United States District Judge